**In re MARRIAGE OF William J. BALMER, Jr. and Elizabeth M. Balmer.**

**William J. BALMER, Jr., Petitioner/Respondent,**

v.

**Elizabeth M. BALMER, Respondent/Appellant.**

No. 64740.

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 21, 1995.

**Deborah Allyn LARSON, Appellant,**

v.

**David Allen LARSON, Respondent.**

No. 65120.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 21, 1995.

Donald K. Gerard, Clayton, for appellant.

Dennis Neil Smith, William Bernard Haller, Ellisville, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Wife appeals from the classification and division of marital property pursuant to the entry of a decree of dissolution. We have reviewed the findings and the record on appeal and find no error of law. An extended opinion would have no precedential value. We affirm the trial court's decree pursuant to Rule 84.16(b).